IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW LODOWSKI, individually and on behalf of all others similarly situated, | § § § § § § § § § § § § | |
| | | Civil Case No. 4:18-cv-00907 |
| Plaintiffs, | | |
| | | JURY TRIAL DEMANDED |
| v. | | |
| FACEBOOK, INC., CAMBRIDGE ANALYTICA LLC, ROBERT LEROY MERCER, and ALEKSANDR KOGAN, | | |
| Defendants. | | |

## **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff Matthew Lodowski certifies that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are believed to be financially interested in the outcome of this lawsuit:

1. Matthew Lodowski, Plaintiff;

2. HUGHES ELLZEY, LLP, counsel for Plaintiff;

3. Facebook, Inc., Defendant;

4. Cambridge Analytica LLC, Defendant;

5. Robert Leroy Mercer, Defendant;

6. Aleksandr Kogan, Defendant.

This the 5th day of April, 2018.

                              Respectfully submitted,

                              **HUGHES ELLZEY, LLP**

By: /s/ *W. Craft Hughes*
    W. Craft Hughes
    Jarrett L. Ellzey
    2700 Post Oak Blvd., Ste. 1120
    Galleria Tower I
    Houston, TX 77056
    Phone: (713) 554-2377
    Fax: (888) 995-3335
    E-Mail: craft@hughesellzey.com
             jarrett@hughesellzey.com

## CERTIFICATE OF SERVICE

      I certify a copy of the foregoing document was filed in accordance with the protocols for e-filing in the United States District Court for the Southern District of Texas on April 5, 2018, and served on all counsel of record who have appeared and consented to electronic notification *via* CM/ECF.

                                                    */s/ W. Craft Hughes*
                                                    W. Craft Hughes