AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MATTHEW LODOWSKI, individually and on behalf of all others similarly situated, )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 4:18-cv-00907
FACEBOOK, INC., CAMBRIDGE ANALYTICA LLC, )
ROBERT LEROY MERCER, and ALEKSANDR )
KOGAN, )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cambridge Analytica
Registered Agent: The Corporation Trust Company,
1209 Orange Street,
Wilmington, DE, 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Craft Hughes
2700 Post Oak Blvd., Ste. 1120
Houston, TX 77056
Phone: (713) 322-6387
Fax: (888) 995-3335

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY

*CLERK OF COURT*

Date: 3-26-2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:18-CV-00907

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* CAMBRIDGE ANALYTICA LLC
was received by me on *(date)* 4/5/18

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AMY MCLAREN (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* CAMBRIDGE ANALYTICA LLC
C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801   on *(date)* 4/5/18 AT 3:30 PM

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 4/5/18

*Server's signature*

DENORRIS BRITT          PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS
PO BOX 1360
WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; COMPLAINT; ORDER FOR INITIAL
CONFERENCE; JUDGE'S PROCEDURES

SWORN TO ME ON 4/5/18

*[Notary stamp: KEVIN DUNN, NOTARY PUBLIC, STATE OF DELAWARE, My Commission Expires September 14, 2020]*