IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW LODOWSKI, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC., CAMBRIDGE ANALYTICA LLC, ROBERT LEROY MERCER, and ALEKSANDR KOGAN<br><br>      Defendants. | CIVIL ACTION NO. 4:18-CV-00907 |

## NOTICE OF APPEARANCE OF VERONICA S. LEWIS

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Defendant Facebook, Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Defendant Facebook, Inc.:

    **Veronica S. Lewis**
    GIBSON, DUNN & CRUTCHER LLP
    2100 McKinney Avenue, Suite 1100
    Dallas, TX  75201
    Telephone:  214-698-3100
    Facsimile:  214-571-2936
    vlewis@gibsondunn.com

DATED:  April 10, 2018.　　　　　　　　Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By:  */s/  Veronica S. Lewis*
Veronica S. Lewis
Texas State Bar No. 24000092
S.D. Texas Bar No. 26388
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas  75201
Telephone:  214.698.3100
Facsimile:  214.571.2936
Vlewis@gibsondunn.com

Orin Snyder (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035
Osnyder@gibsondunn.com

Joshua S. Lipshutz (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539
Jlipshutz@gibsondunn.com

Brian M. Lutz (*pro hac vice* forthcoming)
Kristin A. Linsley (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306
Blutz@gibsondunn.com
Klinsley@gibsondunn.com

*Attorneys for Defendant Facebook, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 10, 2018, a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic filing system.

                */s/ Veronica S. Lewis*
                Veronica S. Lewis