| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-00907 |
|---|---|---|---|

| Lodowski |
|---|
| *versus* |
| Facebook, Inc., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Orin Snyder<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 351-2400; osnyder@gibsondunn.com<br>NY (2116424)<br>See Attachment A |
|---|---|

| Name of party applicant seeks to appear for: | Facebook, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/10/2018 | Signed: [signature]   /s/ Orin Snyder |
|---|---|

The state bar reports that the applicant's status is: Active

Dated: 4/10/18   Clerk's signature: [signature]

**Order**   This lawyer is admitted *pro hac vice*.

Dated: _____   _____
United States District Judge