United States District Court
Southern District of Texas
**ENTERED**
April 11, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-00907 |
|---|---|---|---|

| Lodowski |
|---|
| *versus* |
| Facebook, Inc., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brian Lutz<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>(415) 393-8379; blutz@gibsondunn.com<br>CA (255976); NY(4164208)<br>See Attachment A |
|---|---|

| Name of party applicant seeks to appear for: | Facebook, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 4/10/2018 | Signed: [signature] |
|---|---|
| The state bar reports that the applicant's status is: Active | |
| Dated: 4/10/18 | Clerk's signature: [signature] |

**Order**

Dated: 4/11/18

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge