United States District Court
Southern District of Texas

**ENTERED**

April 11, 2018

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-00907 |
|---|---|---|---|

| Lodowski |
|---|

| *versus* |
|---|

| Facebook, Inc., et al. |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kristin Linsley<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>(415) 393-8395; klinsley@gibsondunn.com<br>CA (154148); NY (2264901)<br>See Attachment A |
|---|---|

| Name of party applicant seeks to appear for: | Facebook, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   4/10/2018 | Signed: |
|---|---|

| The state bar reports that the applicant's status is:   *Active* |
|---|
| Dated: 4/10/2018 | Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _4/11/18_

United States District Judge