Case 3:18-cv-03484-VC   Document 17   Filed 04/11/18   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 11, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-00907 |
|---|---|---|---|
| | Lodowski | | |
| | *versus* | | |
| | Facebook, Inc., et al. | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Orin Snyder<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 351-2400; osnyder@gibsondunn.com<br>NY (2116424)<br>See Attachment A |
|---|---|

| Name of party applicant seeks to appear for: | Facebook, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 4/10/2018 | Signed /s/ Orin Snyder |
|---|---|

| The state bar reports that the applicant's status is: *Actul* | |
|---|---|
| Dated 4/10/18 | Clerk's signature |

**Order**

Dated: 4/11/18

This lawyer is admitted *pro hac vice*.

_____
United States District Judge