United States District Court
Southern District of Texas
**ENTERED**
April 12, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-00907 |
|---|---|---|---|

| Lodowski |
|---|
| *versus* |
| Facebook, Inc., et al. |

United States Courts
Southern District of Texas
FILED
APR 10 2018
David J. Bradley, Clerk of Court

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Joshua Lipshutz<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>1050 Connecticut Avenue, N.W.<br>(202) 955-8217<br>CA (242557); ~~MA (675305)~~; DC (1033391)<br>See Attachment A |
|---|---|

| Name of party applicant seeks to appear for: | Facebook, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 4/10/2018 | Signed: | /s/ Joshua Lipshutz |
|---|---|---|

| The state bar reports that the applicant's status is: active |
|---|
| Dated: 4/11/18 | Clerk's signature [signature] |

**Order**

Dated: 4/12/18

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge