**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| MATTHEW LODOWSKI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., CAMBRIDGE ANALYTICA LLC, ROBERT LEROY MERCER, and ALEKSANDR KOGAN,<br><br>        Defendants. | CIVIL CASE NO. 4:18-CV-00907<br><br>U.S. District Judge Keith P. Ellison |

**PLAINTIFF MATTHEW LODOWSKI AND DEFENDANT FACEBOOK INC.'S
AGREED MOTION FOR EXTENSION OF TIME FOR FACEBOOK TO RESPOND TO
PLAINTIFF'S COMPLAINT**

Plaintiff Matthew Lodowski ("Plaintiff") and Defendant Facebook, Inc. ("Facebook") respectfully submits this Agreed Motion for Extension of Time for Facebook to Respond to Plaintiff's Complaint ("Motion"). In support of the motion, Plaintiff and Facebook state as follows:

1.      On March 23, 2018, Plaintiff filed a putative class action complaint in the above-captioned matter (the "Complaint") (Dkt. No. 1).

2.      Plaintiff served Facebook with the Complaint on April 5, 2018. Facebook's response to Plaintiff's Complaint is currently due on April 26, 2018.

3.      This case is one of 17 similar putative federal class actions filed to date in seven federal courts (collectively the "Facebook Consumer Class Actions").

4.      On March 30, 2018, the plaintiffs in one of these actions filed a motion with the Judicial Panel on Multi-District Litigation (the "JPML") seeking to have the Facebook Consumer

Class Actions transferred and consolidated before one court under the Multi District Litigation

("MDL") procedure.  *See* MDL No. 2843, Dkt. No. 1.  Facebook filed a response to the motion,

in which Facebook agreed that the Facebook Consumer Class Actions should be transferred for

coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* MDL No.

2843, Dkt. No. 19.  Plaintiff filed a response agreeing that the cases should be consolidated, and

arguing that the other Facebook Consumer Class Actions should be transferred to this Court.

MDL No. 2843, Dkt. No. 16-1.  Plaintiffs in two of the other Facebook Consumer Class Actions

have filed memoranda in support of transfer and consolidation.  MDL No. 2843, Dkt. Nos. 7 &

19.

5.      Plaintiff and Facebook have conferred and agree to a 60-day extension of the

deadline for Facebook to answer or otherwise respond to Plaintiff's Complaint (Dkt. No. 1).

6.      In addition, Facebook agrees not to oppose any effort by Plaintiff to amend the

Complaint prior to the time that Facebook files its answer or other response.

7.      Therefore, Plaintiff and Facebook respectfully request that the Court enter an

order granting a 60-day extension for Facebook to answer or otherwise respond to Plaintiff's

Complaint.

DATE:  April 13, 2018                    Respectfully submitted,

                                         **GIBSON, DUNN & CRUTCHER, LLP**

                                         By:  _/s/  Orin Snyder_
                                         Orin Snyder
                                         *Attorney-in-Charge for Defendant Facebook, Inc.*

                                         Orin Snyder (admitted *pro hac vice*)
                                            osnyder@gibsondunn.com
                                         200 Park Avenue
                                         New York, NY 10166-0193
                                         Tel:  212.351.4000
                                         Fax:  212.351.4035

                                         *Of Counsel*
                                         Veronica S. Lewis (SBN: 24000092; S.D. Tex:  No. 26388 )
                                            vlewis@gibsondunn.com
                                         2100 McKinney Avenue
                                         Suite 1100
                                         Dallas, TX 75201-6912
                                         Tel:  214-698-3320
                                         Fax:  214.571.2936

                                         *Of Counsel*
                                         Joshua S. Lipshutz (admitted *pro hac vice*)
                                            jlipshutz@gibsondunn.com
                                         1050 Connecticut Avenue, N.W.
                                         Washington, D.C. 20036
                                         Tel:  202.955.8217
                                         Fax:  202.530.9614

                                         *Of Counsel*
                                         Kristin A. Linsley (admitted *pro hac vice*)
                                            klinsley@gibsondunn.com
                                         Brian M. Lutz (admitted *pro hac vice*)
                                            blutz@gibsondunn.com
                                         555 Mission Street
                                         Suite 300
                                         San Francisco, CA 94105
                                         Tel:  415.393.8379
                                         Fax:  415.374.8474

                                         **ATTORNEYS FOR DEFENDANT FACEBOOK, INC.**

AGREED TO this 13th day of April, 2018:

**HUGHES ELLZEY, LLP**


s/ *W. Craft Hughes*, By Permission
W. Craft Hughes
*Attorney in Charge for Plaintiff Matthew Lodowski*

W. Craft Hughes (SBN:  24046123)
   craft@hughesellzey.com
Jarrett L. Ellzey (SBN:  24040864)
   jarrett@hughesellzey.com
2700 Post Oak Blvd., Ste. 1120
Galleria Tower I
Houston, TX 77056
Phone: (713) 322-6387
Fax: (888) 995-3335

**ATTORNEYS FOR PLAINTIFF MATTHEW LODOWSKI**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record have been served via e-mail with a copy of this document, which has been filed with the Court on April 13, 2018.


_/s/  Orin Snyder_
Orin Snyder

4