IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW LODOWSKI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC., CAMBRIDGE ANALYTICA LLC, ROBERT LEROY MERCER, and ALEKSANDR KOGAN,<br><br>    Defendants. | CIVIL CASE NO. 4:18-CV-00907<br><br>U.S. District Judge Keith P. Ellison |

## [PROPOSED] ORDER

Plaintiff Matthew Lodowski ("Plaintiff") and Defendant Facebook, Inc. filed an Agreed Motion for Extension of Time for Facebook, Inc. to Respond to Plaintiff's Complaint. Having reviewed and considered the motion, and there being no opposition,

IT IS HEREBY ORDERED that the agreed motion is GRANTED. The deadline for Facebook, Inc. to answer or otherwise respond to Plaintiff's complaint is extended by 60 days.

SIGNED this ___ day of April, 2018.

                                                                                      Hon. Keith P. Ellison
                                                                                       U.S. District Judge