IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW LODOWSKI, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>FACEBOOK, INC., CAMBRIDGE ANALYTICA LLC, ROBERT LEROR MERCER, and ALEKSANDR KOGAN,<br><br>　　　　　　　Defendants. | CIVIL CASE NO. 4:18-CV-00907<br><br>U.S. District Judge Keith P. Ellison |

**PLAINTIFF MATTHEW LODOWSKI AND DEFENDANT CAMBRIDGE ANALYTICA LLC'S AGREED MOTION FOR EXTENSION OF TIME FOR CAMBRIDGE ANALYTICA LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Matthew Lodowski ("Plaintiff") and Defendant Cambridge Analytica LLC ("CA") respectfully submit this Agreed Motion for Extension of Time for CA to Respond to Plaintiff's Complaint (the "Motion"). In support of the Motion, Plaintiff and CA state as follows:

1. On March 23, 2018, Plaintiff filed a putative class action complaint in the above-captions matter (the "Complaint") (Dkt. No. 1).

2. Plaintiff served CA with the Complaint on April 5, 2018. CA's response to Plaintiff's Complaint is currently due on April 26, 2018.

3. This case is one of 17 similar putative federal class actions filed to date in 8 federal courts (collectively the "Facebook Consumer Class Actions").

4. On March 30, 2018, the plaintiffs in one of these actions filed a motion with the Judicial Panel on Multi-District Litigation (the "JPML") seeking to have the Facebook Consumer Class Actions transferred and consolidated before one court under the Multi District Litigation ("MDL") procedure. *See* MDL No. 2843, Dkt. No. 1. Defendant Facebook, Inc. ("Facebook") filed a response to the motion, in which Facebook agreed that the Facebook Consumer Class

Actions should be transferred for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* MDL No. 2843, Dkt. No. 19.  Plaintiff filed a response agreeing that the cases should be consolidated, and arguing that the other Facebook Consumer Class Actions should be transferred to this Court.  MDL No. 2843, Dkt. No. 16-1.  Plaintiffs in two of the other Facebook Consumer Class Actions have filed memoranda in support of transfer and consolidation.  MDL No. 2843, Dkt. Nos. 7 & 57.  On April 20, 2018, CA filed a response agreeing that the cases should be consolidated.

5. Plaintiff and CA have conferred and agree to a 60-day extension of the deadline for CA to answer or otherwise respond to Plaintiff's Complaint (Dkt. No. 1).

6. In addition, CA agrees not to oppose any effort by Plaintiff to amend the Complaint to add plaintiffs prior to the time that Facebook files its answer or other response.

7. Therefore, Plaintiff and CA respectfully request that the Court enter an order granting a 60-day extension for CA to answer or otherwise respond to Plaintiff's Complaint.

DATE:  April 26, 2018          Respectfully submitted,

**MILBANK, TWEED, HADLEY & McCLOY LLP**

By: /s/ Mark C. Scarsi
Mark C. Scarsi
*Attorney in Charge for Defendant Cambridge Analytica LLC*

Mark C. Scarsi
mscarsi@milbank.com
Ashlee N. Lin
anlin@milbank.com
MILBANK, TWEED, HADLE & McCLOY LLP
2029 Century Park East, 334d Floor
Los Angeles, CA 90067
Tel: (424) 386-4000
Fax: (213) 892-4789

ATTORNEYS FOR DEFENDANT CAMBRIDGE ANALYTICA LLC

AGREED TO this 26th day of April, 2018

**HUGHES ELLSEY, LLP**

By: /s/ W. Craft Hughes
    W. Craft Hughes
    *Attorney in Charge for Plaintiff Matthew Lodowski*

    W. Craft Hughes (SBN: 24046123)
    craft@hughesellzey.com
    Jarrett L. Ellzey (SBN: 23030864)
    jarrett@hughesellzey.com
    2700 Post Oak Blvd., Ste 1120
    Galleria Tower 1
    Houston, TX 77056
    Phone: (713) 322-6387
    Fax: (888) 995-3335

    ATTORNEYS FOR PLAINTIFF MATTHEW LODOWSKI

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record have been served via e-mail with a copy of this document, which has been filed with the Court on April 26, 2018.

                                              /s/ W. Craft Hughes
                                              W. Craft Hughes