IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW LODOWSKI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>FACEBOOK, INC., CAMBRIDGE ANALYTICA LLC, ROBERT LEROR MERCER, and ALEKSANDR KOGAN,<br><br>    Defendants. | CIVIL CASE NO. 4:18-CV-00907<br><br>U.S. District Judge Keith P. Ellison |

**[PROPOSED] ORDER**

Plaintiff Matthew Lodowski ("Plaintiff") and Defendant Cambridge Analytica LLC filed an Agreed Motion for Extension of Time for Cambridge Analytica LLC to Respond to Plaintiff's Complaint. Having reviewed and considered the motion, and there being no opposition,

IT IS HEREBY ORDERED that the agreed motion is GRANTED. The deadline for Cambridge Analytica LLC to answer or otherwise respond to Plaintiff's complaint is extended by 60 days to June 25, 2018.

SIGNED this ___ day of ____, 2018

_____
Hon. Keith P. Ellison
U.S. District Judge