| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-00907 |
|---|---|---|---|

| Matthew Lodowski, individually and on behalf of all others similarly situated, |
|---|
| *versus* |
| Facebook, Inc., Cambridge Analytica LLC, Robert Leroy Mercer, and Aleksandr Kogan. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mark C. Scarsi<br>Milbank, Tweed, Hadley & McCloy LLP<br>2029 Century Park East<br>Los Angeles, CA 90067 33rd Floor<br>424-386-4580; mscarsi@milbank.com<br>California (183926); New York (2914844); Southern District of California (4/10/2013); Central District of California (1/7/1997) |

United States Courts
Southern District of Texas
FILED

MAY 03 2018

David J. Bradley, Clerk of Court

| Name of party applicant seeks to appear for: | Cambridge Analytica LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: | 4/25/2018 | Signed: | *[signature]* |
|---|---|---|---|

| The state bar reports that the applicant's status is: __*Active*__ |
|---|
| Dated: **MAY 03 2018** | Clerk's signature | *[signature]* |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____    _____
United States District Judge