United States District Court
Southern District of Texas
**ENTERED**
May 04, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-00907 |
|---|---|---|---|

| Matthew Lodowski, individually and on behalf of all others similarly situated, |
|---|
| *versus* |
| Facebook, Inc., Cambridge Analytica LLC, Robert Leroy Mercer, and Aleksandr Kogan. |

United States Courts
Southern District of Texas
FILED
MAY 03 2018
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mark C. Scarsi<br>Milbank, Tweed, Hadley & McCloy LLP<br>2029 Century Park East<br>Los Angeles, CA 90067 33rd Floor<br>424-386-4580; mscarsi@milbank.com<br>California (183926); New York (2914844); Southern District of California (4/10/2013); Central District of California (1/7/1997) |
|---|---|

| Name of party applicant seeks to appear for: | Cambridge Analytica LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__<br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 4/25/2018 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: _Active_ |
|---|
| Dated: MAY 03 2018    Clerk's signature *[signature]* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 5/4/18

*[signature]*
United States District Judge