4:18cv907

United States District Court
Southern District of Texas
FILED

MAY 04 2018

David J. Bradley, Clerk of Court

### BEFORE THE UNITED STATES JUDICIAL PANEL
### ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL DOCKET NO. 2843 |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AS ATTORNEY OF RECORD

TO THE PANEL, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mark C. Scarsi of the law firm of Milbank, Tweed, Hadley & McCloy LLP ("Milbank") hereby withdraws his appearance as attorney of record for the following parties:

1. Cambridge Analytica (UK) Ltd.
2. Cambridge Analytica Commercial LLC
3. Cambridge Analytica LLC
4. Cambridge Analytica Political LLC
5. SCL Elections Limited
6. SCL Group Ltd.
7. SCL USA Inc.

Dated: May 2, 2018

Respectfully submitted,

MILBANK, TWEED, HADLEY & MCCLOY LLP

By: /s/ Mark C. Scarsi
Mark C. Scarsi
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Tel: (424) 386-4580
Fax: (213) 892-4780
mscarsi@milbank.com

#4815-6108-1444

BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL DOCKET NO. 2843 |

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Ligation, I hereby certify that on May 2, 2018, I caused the foregoing documents to be filed with the Clerk of the Court using the Court's CM/ECF system, which will serve notification of such filing on all counsel of record as follows:

| **BY CM/ECF:** | |
|---|---|
| Matthew I. Knepper<br>Miles N. Clark<br>KNEPPER & CLARK, LLC<br>10040 W. Cheyenne Avenue, Suite 170-109<br>Las Vegas, NV 89129<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>*Attorneys for Plaintiff Sanford Buckles Individually and on Behalf of All Others Similarly Situated* | Elizabeth Ann Wagner<br>Seyed Abbas Kazerounian<br>KAZEROUNI LAW GROUP, APC<br>245 Fischer Ave. Unit D1<br>Costa Mesa, CA 92626<br>Email: elizabeth@kazlg.com<br>Email: ak@kazlg.com<br>*Attorneys for Plaintiff Sanford Buckles Individually and on Behalf of All Others Similarly Situated* |

| | |
|---|---|
| Joshua B. Swigart<br>HYDE AND SWIGART<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108<br>Email: josh@westcoastlitigation.com<br>*Attorneys for Plaintiff Sanford Buckles Individually and on Behalf of All Others Similarly Situated* | Matthew M. Loker<br>KAZEROUNI LAW GROUP, APC<br>1301 East Grand Avenue, Suite 101<br>Arroyo Grande, CA 93420<br>Email: ml@kazlg.com<br>*Attorneys for Plaintiff Sanford Buckles Individually and on Behalf of All Others Similarly Situated* |
| Brian Michael Lutz<br>Kristin Andrea Linsley<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Email: BLutz@gibsondunn.com<br>Email: KLinsley@gibsondunn.com<br>*Attorneys for Defendants Facebook, Inc.* | Joshua Lipshutz<br>GIBSON DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, NW, 3rd Floor<br>Washington, DC 20036<br>Email: jlipshutz@gibsondunn.com<br>*Attorneys for Defendant Facebook, Inc.* |
| Orin Snyder<br>GIBSON DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Email: osnyder@gibsondunn.com<br>*Attorneys for Defendant Facebook, Inc.; Mark Zuckerberg; Sheryl Sandberg* | Timothy Scott Burton, Jr.<br>115 Iowa Street<br>Danville, IL 61832<br>Email: runnerforlife08@gmail.com<br>*PRO SE* |
| Alyssa M Williams<br>Angela Jae Chun<br>David Seabold Casey, Jr<br>Jeremy K. Robinson<br>Gayle M. Blatt<br>CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP<br>110 Laurel St<br>San Diego, CA 92101<br>Email: awilliams@cglaw.com<br>Email: ajc@cglaw.com<br>Email: dcasey@cglaw.com<br>Email: jrobinson@cglaw.com<br>Email: gmb@cglaw.com<br>*Attorneys for Plaintiff Lucy Gerena* | Alfred K. Murray<br>Ari J. Scharg<br>Benjamin H Richman<br>David I. Mindell<br>Jay Edelson<br>EDELSON PC<br>350 N LaSalle, 14th Floor<br>Chicago, IL 60654<br>Email: amurray@edelson.com<br>Email: ascharg@edelson.com<br>Email: brichman@edelson.com<br>Email: dmindell@edelson.com<br>Email: jedelson@edelson.com<br>*Attorneys for People of the State of Illinois, ex rel. Kimberly M. Foxx State's Attorney of Cook County, Illinois* |

| | |
|---|---|
| Kent Stephen Ray<br>Cook County States Attorney's Office Daley Ctr.<br>69 W. Washington Street, Suite 3130<br>Chicago, IL 60602<br>Email: kent.ray@cookcountyil.gov<br>*Attorneys for People of the State of Illinois, ex rel. Kimberly M. Foxx State's Attorney of Cook County, Illinois* | Nathan P. Eimer<br>Susan M. Razzano<br>EIMER STAHL LLP<br>224 South Michigan Avenue, Suite 1100<br>Chicago, IL 60604<br>Email: neimer@eimerstahl.com<br>Email: srazzano@eimerstahl.com<br>*Attorneys for Defendants Facebook, Inc.* |
| Eric H. Gibbs<br>GIBBS LAW GROUP LLP (Oakland, CA Office)<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Email: ehg@classlawgroup.com<br>*Attorneys for Plaintiff Patricia King* | Derek G. Howard<br>DEREK G. HOWARD LAW FIRM, INC.<br>42 Miller Avenue<br>Mill Valley, CA 94941<br>Email: derek@derekhowardlaw.com<br>*Attorneys for Plaintiff James Karon derivatively on behalf of Facebook, Inc.* |
| Larry Wayne Gabriel<br>Daniel Joseph Mulligan<br>JENKINS MULLIGAN & GABRIEL LLP<br>10085 Carroll Canyon Road, Suite 210<br>San Diego, CA 92131<br>Email: lgabriel@bg.law<br>Email: dan@jmglawoffices.com<br>*Attorneys for Plaintiff James Karon derivatively on behalf of Facebook, Inc.* | Patrice L. Bishop<br>STULL, STULL & BRODY<br>9430 West Olympic Boulevard, Suite 400<br>Beverly Hills, CA 90212<br>Email: service@ssbla.com<br>*Attorneys for Interested Party Ronald Martin* |
| John A. Yanchunis<br>Patrick A. Barthle, II<br>Ryan McGee<br>Morgan & Morgan Complex Litigation Group<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Email: jyanchunis@forthepeople.com<br>Email: pbarthle@forthepeople.com<br>Email: rmcgee@forthepeople.com<br>*Attorneys for Plaintiff Lauren Price* | Joshua H. Watson<br>ARNOLD LAW FIRM<br>865 Howe Avenue<br>Sacramento, CA 95825<br>Email: jwatson@justice4you.com<br>*Attorneys for Plaintiff Lauren Price and Interested Parties Debra Kooser and Margaret Franiewicz* |

| | |
|---|---|
| Steven William Teppler<br>Abbott Law Group, P.A.<br>2929 Plummer Cover Road<br>Jacksonville, FL 32223<br>Email: steppler@abbottlawpa.com<br>*Attorneys for Plaintiff Lauren Price* | David Taylor Rudolph<br>Melissa Ann Gardner<br>Michael W Sobol<br>LIEFF CABRASER HEIMANN AND BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Email: drudolph@lchb.com<br>Email: msobol@lchb.com<br>Email: mgardner@lchb.com<br>*Attorneys for Interested Parties Theresa Beiner and Brandon Haubert* |
| Nicholas Diamand<br>LIEFF CABRASER HEIMANN & BERNSTEIN LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Email: ndiamand@lchb.com<br>*Attorneys for Plaintiffs Theresa Beiner; Brandon Haubert* | Francis A. Bottini, Jr.<br>BOTTINI & BOTTINI INC.<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Email: fbottini@bottinilaw.com<br>*Attorneys for Interested Party Natalie Ocegueda* |
| Mark C Molumphy<br>COTCHETT PITRE & MCCARTHY LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Email: mmolumphy@cpmlegal.com<br>*Attorneys for Interested Party Jeremiah F. Hallisey* | Robert Frank Lopez<br>Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 8th Avenue, Suite 3300<br>Seattle, WA 98101<br>Email: robl@hbsslaw.com<br>Email: steve@hbsslaw.com<br>*Attorneys for Plaintiff Carol Johnson; Daniel Paul; Steve Mortillaro individually and on behalf of all others similarly situated* |
| Daniel E. Barenbaum<br>BERMAN TABACCO<br>44 Montgomery Street, Suite 650<br>San Francisco, CA 94104<br>Email: dbarenbaum@bermantabacco.com<br>*Attorneys for Gloria Stricklin Trust* | Nicholas A Carlin<br>Brian S. Conlon<br>PHILLIPS, ERLEWINE, GIVEN & CARLIN<br>39 Mesa Street, Suite 201<br>The Presidio<br>San Francisco, CA 94129<br>Email: nac@phillaw.com<br>Email: bsc@phillaw.com<br>*Attorneys for Jonathan D. Rubin individually and on behalf of all those similarly situated; Interested Party Jonathan D. Rubin* |

| | |
|---|---|
| Norman E. Siegel<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>Email: siegel@stuevesiegel.com<br>*Attorneys for Howard O'Kelly on behalf of himself and all others similarly situated* | Jason S Hartley<br>STUEVE SIEGEL HANSON LLP<br>550 West C Street, Suite 1750<br>San Diego, CA 92101<br>Email: hartley@stuevesiegel.com<br>*Attorneys for Howard O'Kelly on behalf of himself and all others similarly situated* |
| Allen Carney<br>Hank Bates<br>David F. Slade<br>James Allen Carney, Jr.<br>CARNEY BATES & PULLIAM PLLC<br>519 West 7th Street<br>Little Rock, AR 72201<br>Email: acarney@cbplaw.com<br>Email: hbates@cbplaw.com<br>Email: dslade@cbplaw.com<br>Email: ACarney@cbplaw.com<br>*Attorneys for Plaintiffs Theresa Beiner; Brandon Haubert* | Shana E. Scarlett<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Email: shanas@hbsslaw.com<br>*Attorneys for Plaintiff Carol Johnson; Daniel Paul; Steve Mortillaro individually and on behalf of all others similarly situated* |
| Korula T Cherian<br>Rebecca Ruby Anzidei<br>Richard W. Fields<br>Richard Ripley<br>Robert Francis Ruyak<br>RUYAKCHERIAN LLP - Berkley<br>1700 K Street NW, Suite 810<br>Washington, DC 20006<br>Email: sunnyc@ruyakcherian.com<br>Email: rebeccaa@ruyakcherian.com<br>Email: Fields@fieldslawpllc.com<br>Email: rickr@ruyakcherian.com<br>Email: robertr@ruyakcherian.com<br>*Attorneys for Plaintiffs Ben Redmond; Lindsay Rathert; Salvador Ramirez; Gerry Galipault; Kyle Westendorf; Robert Woods; Jordan Hunstone Individually and on behalf of all others similarly situated* | Adam Russell Credeur<br>Kenneth W. DeJean<br>LAW OFFICES OF KENNETH W. DEJEAN<br>P.O. Box 4325<br>Lafayette, LA 70502<br>Email: adam@kwdejean.com<br>Email: kwdejean@kwdejean.com<br>*Attorneys for Plaintiffs Ashley Gennock; Randy Nunez* |

5

| | |
|---|---|
| Gary F. Lynch<br>Kelly Kathleen Iverson<br>CARLSON LYNCH SWEET & KILPELA, LLP<br>1133 Penn Avenue, Fifth Floor<br>Pittsburgh, PA 15222<br>Email: glynch@carlsonlynch.com<br>*Attorneys for Plaintiffs Ashley Gennock; Randy Nunez* | Karen Hanson Riebel<br>Kate M. Baxter-Kauf<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401-2159<br>Email: Khriebel@locklaw.com<br>Email: kmbaxter-kauf@locklaw.com<br>*Attorneys for Plaintiffs Ashley Gennock; Randy Nunez* |
| Todd D. Carpenter<br>CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP<br>1350 Columbia St., Suite 603<br>San Diego, CA 92101<br>Email: tcarpenter@carlsonlynch.com<br>*Attorneys for Plaintiff Ashley Gennock* | James Constantine Vlahakis<br>Joseph Scott Davidson<br>SULAIMAN LAW GROUP, LTD.<br>2500 S. Highland Avenue, Suite 200<br>Lombard, IL 60148<br>Email: jvlahakis@sulaimanlaw.com<br>Email: jdavidson@sulaimanlaw.com<br>*Attorneys for Plaintiffs Victor James Comforte, II and Brendan Michael Carr individually and on behalf of all others similarly situated* |
| William Craft Hughes<br>HUGHES ELIZEY LLP<br>2700 Post Oak Boulevard<br>Galleria Tower I, Suite 1120<br>Houston, TX 77056-5767<br>Email: craft@hughesellzey.com<br>*Attorneys for Plaintiff Matthew Lodowski* | Stephen A Weiss<br>SEEGER WEISS LLP<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>Email: sweiss@seegerweiss.com<br>*Attorneys for Plaintiffs Jay Malskoff and Kenneth Irvine Individually and on behalf of all others* |
| James E Cecchi<br>CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO<br>5 Becker Farm Road<br>Roseland, NJ 07068-1727<br>Email: jcecchi@carellabyrne.com<br>*Attorneys for Plaintiffs Jay Malskoff and Kenneth Irvine Individually and on behalf of all others* | Christopher Londergan Springer<br>KELLER ROHRBACK L.L.P.<br>801 Garden Street<br>Santa Barbara, CA 93101<br>Email: cspringer@kellerrohrback.com<br>*Attorneys for Plaintiff Suzie Haslinger individually and on behalf of all others similarly situated* |

6

| | |
|---|---|
| Gretchen F. Cappio<br>Cari C. Laufenberg<br>Lynn Lincoln Sarko<br>KELLER ROHRBACK LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>Email: gcappio@kellerrohrback.com<br>Email: claufenberg@kellerrohrback.com<br>Email: lsarko@kellerrohrback.com<br>*Attorneys for Plaintiff Suzie Haslinger individually and on behalf of all others similarly situated* | Matthew Jury<br>MCCUE & PARTNERS, LLP<br>158 Buckingham Palace Road<br>Fourth Floor<br>London SWIW 9TR United Kingdom<br>Email: matthew.jury@mccue-law.com<br>*Attorneys for Plaintiffs Ben Redmond; Lindsay Rathert; Salvador Ramirez; Gerry Galipault* |
| Kevin S. Hannon<br>HANNON LAW FIRM LLC<br>1641 Downing Street<br>Denver, CO 80218-1528<br>Email: khannon@hannonlaw.com<br>*Attorneys for Plaintiffs Debra Kooser; Margaret Frankiewicz on behalf of themselves and all others similarly situated* | Aidan C McGlaze<br>Paul L. Hoffman<br>SCHONBRUN SEPLOW HARRIS AND HOFFMAN LLP<br>11543 West Olympic Boulevard<br>Los Angeles, CA 90064<br>Email: amcglaze@sshhlaw.com<br>Email: phoffman@sshhlaw.com<br>*Attorneys for Plaintiffs Jordan O'Hara and Olivia Johnson individually and on behalf of all others similarly situated; Brent Collins* |
| Amy Christine Johnsgard<br>Andrew J Kubik<br>Ben Travis<br>Helen Zeldes<br>Coast Law Group LLP<br>1140 South Coast Highway 101<br>Encinitas, CA 92024<br>Email: amy@coastlaw.com<br>Email: andy@coastlawgroup.com<br>Email: ben@coastlaw.com<br>Email: helen@coastlaw.com<br>*Attorneys for Plaintiffs Jordan O'Hara and Olivia Johnson individually and on behalf of all others similarly situated; Brent Collins* | Charles J. LaDuca<br>Cuneo Gilbert & LaDuca, LLP<br>4725 Wisconsin Ave., NW, Suite 200<br>Washington, DC 20016<br>Email: charlesl@cuneolaw.com<br>*Attorneys for Plaintiffs Jordan O'Hara and Olivia Johnson individually and on behalf of all others similarly situated; Brent Collins* |

| | |
|---|---|
| Michael J Flannery<br>Cuneo Gilbert & Laduca, LLP<br>7733 Forsyth Boulevard, Suite 1675<br>St. Louis, MO 63105<br>Email: mflannery@cuneolaw.com<br>*Attorneys for Plaintiffs Jordan O'Hara and Olivia Johnson individually and on behalf of all others similarly situated; Brent Collins* | Christopher P Simon<br>David Gerard Holmes<br>CROSS & SIMON LLC<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>Email: csimon@crosslaw.com<br>Email: dholmes@crosslaw.com<br>*Attorneys for Plaintiffs Ben Redmond; Lindsay Rathert; Salvador Ramirez; Gerry Galipault* |
| Thomas J. O'Reardon<br>BLOOD HURST & O'REARDON LLP<br>701 B Street, Suite 1700<br>San Diego, CA 92101<br>Email: toreardon@bholaw.com<br>*Attorneys for Plaintiffs Jordan O'Hara and Olivia Johnson individually and on behalf of all others similarly situated; Brent Collins* | J Bradley Ponder<br>MONTGOMERY PONDER, LLC<br>2226 1st Avenue South, Unit 105<br>Birmingham, AL 35233<br>Email: brad@montgomeryponder.com<br>*Attorneys for Plaintiff Jackie Williams on behalf of herself and all others similarly situated* |
| Lucas C Montgomery<br>MONTGOMERY PONDER LLC<br>2421 2nd Ave North, Unit 1<br>Birmingham, AL 35203<br>Email: luke@montgomeryponder.com<br>*Attorneys for Plaintiff Jackie Williams on behalf of herself and all others similarly situated* | Gordon M Fauth, Jr.<br>Rosanne L Mah<br>FINKELSTEIN THOMPSON LLP<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94611<br>Email: gfauth@finkelsteinthompson.com<br>Email: rmah@finkelsteinthompson.com<br>*Attorneys for Plaintiff Christian Labajo an Individual, on behalf of herself and all others similarly situated* |

| | |
|---|---|
| Andrew Arnold<br>Ann Ritter<br>Annie Kouba<br>Fred Baker<br>Jodi Westbrook Flowers<br>Kimberly Barone Baden<br>MOTLEY RICE LLC<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464-4375<br>Email: aarnold@motleyrice.com<br>Email: aritter@motleyrice.com<br>Email: akouba@motleyrice.com<br>Email: fbaker@motleyrice.com<br>Email: jflowers@motleyrice.com<br>Email: kbarone@motleyrice.com<br>*Attorneys for Plaintiff Taylor Picha individually and on behalf of all others similarly situated* | Shawn D. Morris<br>William Allan Lemkul<br>MORRIS SULLIVAN AND LEMKUL LLP<br>9915 Mira Mesa Boulevard, Suite 300<br>San Diego, CA 92131<br>Email: morris@morrissullivanlaw.com<br>Email: lemkul@morrissullivanlaw.com<br>*Attorneys for Plaintiff Taylor Picha individually and on behalf of all others similarly situated* |
| Anthony L. Parkhill<br>Ben Barnow<br>Erich Paul Schork<br>Jeffrey Daniel Blake<br>BARNOW AND ASSOCIATES, P.C.<br>One N. LaSalle Street, Suite 4600<br>Chicago, IL 60602<br>Email: aparkhill@barnowlaw.com<br>Email: b.barnow@barnowlaw.com<br>Email: e.schork@barnowlaw.com<br>Email: j.blake@barnowlaw.com<br>*Attorneys for Joshua Iron Wing; Ryan McGrath* | Thomas J. O'Reardon, II<br>Timothy Gordon Blood<br>Paula R Brown<br>Paula Michelle Roach<br>BLOOD HURST & O'REARDON, LLP<br>501 W. Broadway, Suite 1490<br>San Diego, CA 92101<br>Email: toreardon@bholaw.com<br>Email: tblood@bholaw.com<br>Email: pbrown@bholaw.com<br>*Attorneys for Plaintiffs Jordan O'Hara and Olivia Johnson individually and on behalf of all others similarly situated; Brent Collins; Attorneys for Joshua Iron Wing; Ryan McGrath* |

I further certify that copies of the foregoing were served on all unrepresented parties and on the Clerk of the Court for each proposed transferor court, by U.S. Mail, as follows:

| **By U.S. Mail:** | |
|---|---|
| Susan Y. Soong, Clerk<br>San Francisco Division<br>United States District Court<br>450 Golden Gate Avenue<br>Box 36060<br>San Francisco CA 94102<br><br>Susan Y. Soong, Clerk<br>Oakland Division<br>United States District Court<br>1301 Clay Street, Suite 400S<br>Oakland, CA 94612 | *Kooser et al. v. Facebook, Inc. et al.*, Northern District of California, Case No. 4:18-cv-02009<br><br>*Rubin et al. v. Facebook, Inc. et al., Cambridge Analytica LLC*, Northern District of California, Case No. 3:18-cv-01852<br><br>*Labajo et al. v. Facebook, Inc. et al.*, Northern District of California, Case No. 4:18-cv-02093<br><br>*Picha et al. v. Facebook, Inc. et al.*, Northern District of California, Case No. 3:18-cv-02090<br><br>*Haslinger et al. v. Facebook, Inc. et al.*, Northern District of California, Case No. 3:18-cv-01984<br><br>*Beiner et al. v. Facebook, Inc. et al.*, Northern District of California, Case No. 3:18-cv-01953<br><br>*O'Kelly et al. v. Facebook, Inc. et al., LLC*, Northern District of California, Case No. 3:18-cv-01915<br><br>*Gennock et al. v. Facebook, Inc. et al.*, Northern District of California, Case No. 3:18-cv-01891<br><br>*Price v. Facebook, Inc. and Cambridge Analytica*, Northern District of California, Case No. 3:18-cv-01732<br><br>*Joshua Iron Wing and Ryan McGrath v. Facebook, Inc.*, Northern District of California, Case No. 3:18-cv-02122<br><br>*Johnson et al. v. Facebook, Inc.*, Northern District of California, Case No. 3:18-cv-02127<br><br>*Buckles v. Facebook, Inc. et al.*, Northern District of California, Case No. 4:18-cv-02189 |

|  | *Gerena v. Facebook, Inc.*, Northern District of California, Case No. 3:18-cv-02201 *Karon v. Facebook, Inc.*, Northern District of California, Case No. 5:18-cv-01929 *King v. Facebook, Inc. et al.*, Northern District of California, Case No. 3:18-cv-02276 |
|---|---|
| John A. Cerino, Clerk of the Court Office of the Clerk United States District Court 844 North King Street Unit 18 Wilmington, DE 19801-3570 | *Redmond et al. v. Facebook, Inc. et al.*, District of Delaware, Case No. 1:18-cv-00531 |
| Clerk of Court Hugo L. Black United States Courthouse 1729 5th Avenue North Birmingham, AL 35203 | *Williams et al. v. Facebook, Inc. et al.*, Northern District of Alabama, Case No. 2:18-cv-00535 |
| Kiry Gray, Clerk Southern Division Central Division of California 411 West 4th Street, Room 1053 Santa Ana, CA 92701 | *O'Hara et al. v. Facebook, Inc. et al.*, Central District of California, Case No. 8:18-cv-00571 |
| William T. Walsh, Clerk Newark Division Martin Luther King Building & U.S. Courthouse 50 Walnut Street Newark, NJ 07101 | *Malskoff et al. v. Facebook, Inc. et al.*, District of New Jersey, Case No. 2:18-cv-04451 |
| David J. Bradley, Clerk Houston Division United States Courthouse 515 Rusk Avenue Houston, TX 77002 | *Lodowski v. Facebook, Inc. et al.*, Southern District of Texas, Case No. 4:18-cv-00907 |
| Thomas G. Bruton, Clerk Chicago Division Everett McKinley Dirksen United States Courthouse 219 South Dearborn Street Chicago, IL 60604 | *Comforte et al. v. Cambridge Analytica et al.*, Northern District of Illinois, Case No. 1:18-cv-02120 |

| By U.S. Mail: | |
|---|---|
| Global Science Research Ltd.<br>6th Floor 49 Peter Street,<br>Manchester, England, M2 3NG | Stephen K. Bannon<br>210 A Street, N.E.<br>Washington, DC 20002<br>Last Known Address |
| Robert Leroy Mercer<br>149 Harbor Rd.<br>Saint James, NY 11780 | Stephen K. Bannon<br>82 Heritage Hill Rd<br>New Canaan, CT 06840<br>Last Known Address |
| Aleksandr Kogan<br>University of Cambridge, Dept. of Psychology<br>Downing Street<br>Cambridge, UK CB2 3EB | |

Dated: May 2, 2018                    /s/ Mark C. Scarsi
                                      Mark C. Scarsi
                                      MILBANK, TWEED, HADLEY & McCLOY LLP
                                      2029 Century Park East, 33rd Floor
                                      Los Angeles, California 90067
                                      Telephone: 424-386-4580
                                      Fax: 213-892-4750
                                      Email: mscarsi@milbank.com

#4841-8698-0707