# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MATTHEW LODOWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>FACEBOOK, INC., CAMBRIDGE ANALYTICA LLC, ROBERT LEROR MERCER, and ALEKSANDR KOGAN,<br><br>Defendants. | CIVIL CASE NO. 4:18-CV-00907<br><br>U.S. District Judge Keith P. Ellison |

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Pursuant to Local Rule 83.2, Defendant Cambridge Analytica LLC ("CA") by and through its undersigned counsel of record, hereby moves the Court to withdraw as its attorney of record Mark C. Scarsi of the law firm of Milbank, Tweed, Hadley & McCloy LLP ("Milbank"), and states as follows:

1. On May 2, 2018, SCL Elections Ltd., as well as certain of its and CA's U.K. affiliates (collectively, the "Company") filed applications to commence insolvency proceedings in the U.K. The Company is immediately ceasing all operations and the boards have appointed insolvency practitioners Crowe Clark Whitehill LLP to act as the independent administrator for the Company.

2. Additionally, parallel bankruptcy proceedings will soon be commenced on behalf of CA and certain of the Company's U.S. affiliates in the United States Bankruptcy Court for the Southern District of New York.

3. Milbank and CA agree that Milbank is no longer representing CA in this litigation.

4. Counsel for the above-captioned parties have conferred, and counsel for Plaintiff Matthew Lodowksi agreed not to oppose this Motion.

**WHEREFORE**, for the foregoing reasons, Defendant CA respectfully requests that the Court withdraw Mark C. Scarsi as attorney of record for CA, and that CM/ECF electronic notices in this action to Mr. Scarsi be terminated.

DATE: May 8, 2018         Respectfully submitted,

**MILBANK, TWEED, HADLEY & McCLOY LLP**

By: /s/ Mark C. Scarsi
   Mark C. Scarsi (*pro hac vice*)
   MILBANK, TWEED, HADLEY & McCLOY LLP
   2029 Century Park East, 33rd Floor
   Los Angeles, CA 90067
   Telephone: (424) 386-4000
   Facsimile: (213) 892-4789
   mscarsi@milbank

   ATTORNEY FOR DEFENDANT CAMBRIDGE ANALYTICA LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2018, a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic filing system.

/s/ Katherine R. Pierucci_____
Katherine R. Pierucci
