IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW LODOWSKI, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC., CAMBRIDGE ANALYTICA LLC, ROBERT LEROY MERCER, and ALEKSANDR KOGAN,<br><br>　　　　Defendants. | CIVIL CASE NO. 4:18-CV-00907<br><br>U.S. District Judge Keith P. Ellison |

### SUGGESTION BY DEFENDANT FACEBOOK, INC. OF BANKRUPTCY OF DEFENDANT CAMBRIDGE ANALYTICA LLC

　　Defendant Facebook, Inc. respectfully notifies the Court that it has learned that, on May 17, 2018, Defendant Cambridge Analytica LLC filed a voluntary petition for bankruptcy pursuant to Chapter 7 of Title 11 of the United States Code.  *See In re Cambridge Analytica LLC*, No. 18-11500-SHL (S.D.N.Y. Bkr. May 17, 2018).  Facebook understands that the case has been assigned to the Honorable Sean H. Lane, and that a trustee has not yet been assigned.

| | |
|---|---|
| DATE:  May 18, 2018 | Respectfully submitted, |
| *Of Counsel:* | **GIBSON, DUNN & CRUTCHER, LLP** |
| Veronica S. Lewis<br>GIBSON, DUNN & CRUTCHER, LLP<br>(SBN: 24000092; S.D. Tex:  No. 26388 )<br>2100 McKinney Avenue<br>Suite 1100<br>Dallas, TX 75201-6912<br>Tel:  214-698-3320<br>Fax:  214.571.2936<br>Email:  vlewis@gibsondunn.com | By:  */s/  Orin Snyder*<br>Orin Snyder (*attorney in charge*)<br>Admitted *pro hac vice*<br>200 Park Avenue<br>New York, NY 10166-0193<br>Tel:  212.351.4000<br>Fax:  212.351.4035<br>osnyder@gibsondunn.com<br><br>Attorneys for Defendant Facebook, Inc. |

Joshua S. Lipshutz (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel:  202.955.8217
Fax:  202.530.9614
Email:  jlipshutz@gibsondunn.com

Kristin A. Linsley (*pro hac vice*)
Brian M. Lutz (*pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel:  415.393.8379
Fax:  415.374.8474
Email:  klinsley@gibsondunn.com
Email:  blutz@gibsondunn.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record have been served via e-mail with a copy of this document, which has been filed with the Court on May 18, 2018.

*/s/  Orin Snyder*
Orin Snyder
