United States District Court
Southern District of Texas
**ENTERED**
May 22, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW LODOWSKI, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-907 |
| § | |
| FACEBOOK, INC., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Defendant Cambridge Analytica LLC has moved to withdraw its attorney of record, Mark C. Scarsi of Milbank, Tweed, Hadley & McCloy LLP. (Doc. No. 26.) The Motion is **GRANTED**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on the 21st day of May, 2018.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE