IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW LODOWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., CAMBRIDGE ANALYTICA LLC, ROBERT LEROY MERCER, and ALEKSANDR KOGAN,<br><br>Defendants. | CIVIL CASE NO. 4:18-CV-00907<br><br>U.S. District Judge Keith P. Ellison |

**PLAINTIFF MATTHEW LODOWSKI AND DEFENDANT FACEBOOK INC.'S
AGREED MOTION TO STAY PENDING A RULING FROM THE
<u>JUDICIAL PANEL ON MULTIDISTRICT LITIGATION</u>**

Plaintiff Matthew Lodowski ("Plaintiff") and Defendant Facebook, Inc. ("Facebook") respectfully submits this Agreed Motion To Stay Pending A Ruling From The Judicial Panel On Multidistrict Litigation ("Motion"). In support of the motion, Plaintiff and Facebook state as follows:

1. On March 23, 2018, Plaintiff filed a putative class action complaint in the above- captioned matter (the "Complaint") (Dkt. No. 1).

2. Plaintiff served Facebook with the Complaint on April 5, 2018. On April 13, 2018, Facebook and Plaintiff filed an agreed motion to extend Facebook's deadline to respond to the Complaint, which the Court granted. Facebook's response to the Complaint is currently due on June 4, 2018.

3. This case is one of 27 putative class actions, filed to date in eight federal district courts (collectively the "Facebook Consumer Class Actions"). In addition, there is an individual

action and a governmental action, both with similar allegations to the Facebook Consumer Class Actions, bringing the total number of cases to 29 actions in nine federal district courts.

4. On March 30, 2018, the plaintiffs in one of these actions filed a motion with the Judicial Panel on Multi-District Litigation (the "JPML") seeking to have the Facebook Consumer Class Actions transferred and consolidated before one court under the Multi District Litigation ("MDL") procedure. *See* MDL No. 2843, Dkt. No. 1. Facebook filed a response to the motion, in which Facebook agreed that the Facebook Consumer Class Actions should be transferred for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* MDL No. 2843, Dkt. No. 19. Plaintiff filed a response agreeing that the cases should be consolidated, and arguing that the other Facebook Consumer Class Actions should be transferred to this Court. MDL No. 2843, Dkt. No. 16-1. No party in any of the other Facebook Consumer Class Actions has opposed creation of the MDL, and every party that has filed a response has supported the creation of an MDL. MDL No. 2843 Dkt. Nos. 7, 57, 62, 64, 65, 67, 69, 71, 72, 73, 74, 75, 77, 78, 79, 80, 108, 124.

5. The JPML will consider the pending motion to transfer during its May 31, 2018 argument session. Plaintiff and Facebook expect that the JPML will render its decision shortly after holding argument.

6. In light of the likelihood that the Panel will order the creation of the MDL, Plaintiff and Facebook have conferred and agree to stay this action until the JPML rules on the pending Motion to Transfer in MDL No. 2843, at which point Plaintiff and Facebook will meet and confer regarding deadlines for Facebook to answer or otherwise respond to the Complaint (Dkt. No. 1).

7. In addition, Facebook agrees not to oppose any effort by Plaintiff to amend the Complaint prior to the time that Facebook files its answer or other response.

8. Therefore, Plaintiff and Facebook respectfully request that the Court enter an order staying this action until the JPML rules on the pending Motion to Transfer in MDL No. 2843, at which point Plaintiff and Facebook will meet and confer regarding deadlines for Facebook to answer or otherwise respond to the Complaint.

DATE: May 22, 2018

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By: */s/ Orin Snyder*
Orin Snyder
*Attorney-in-Charge for Defendant Facebook, Inc.*

Orin Snyder
(admitted *pro hac vice*)
osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193 Tel: 212.351.4000
Fax: 212.351.4035

*Of Counsel*
Veronica S. Lewis
(SBN: 24000092;
S.D. Tex: No. 26388)
vlewis@gibsondunn.com
2100 McKinney
Avenue Suite 1100
Dallas, TX 75201-6912
Tel: 214-698-3320
Fax: 214.571.2936

*Of Counsel*
Joshua S. Lipshutz
(admitted *pro hac vice*)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue,
N.W. Washington, D.C.
20036
Tel: 202.955.8217
Fax: 202.530.9614

*Of Counsel*
Kristin A. Linsley
(admitted *pro hac vice*)
klinsley@gibsondunn.com
Brian M. Lutz
(admitted *pro hac vice*)
blutz@gibsondunn.com
555 Mission
Street Suite 300
San Francisco, CA
94105 Tel:
415.393.8379
Fax:  415.374.8474

**ATTORNEYS FOR DEFENDANT FACEBOOK, INC.**


AGREED TO this 22 day of May, 2018:

**HUGHES ELLZEY, LLP**


*/s/ W. Craft Hughes*_____, By Permission
W. Craft Hughes
*Attorney in Charge for Plaintiff Matthew Lodowski*

W. Craft Hughes
(SBN: 24046123)
craft@hughesellzey.com
Jarrett L. Ellzey
(SBN: 24040864)
jarrett@hughesellzey.com
2700 Post Oak Blvd., Ste. 1120
Galleria Tower I
Houston, TX 77056
Phone: (713) 322-6387
Fax: (888) 995-3335

**ATTORNEYS FOR PLAINTIFF MATTHEW LODOWSKI**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record have been served via e-mail with a copy of this document, which has been filed with the Court on May 22, 2018.

                                                  */s/ Orin Snyder*
                                                  Orin Snyder