IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTHEW LODOWSKI, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC., CAMBRIDGE ANALYTICA LLC, ROBERT LEROY MERCER, and ALEKSANDR KOGAN,<br><br>　　　　Defendants. | CIVIL CASE NO. 4:18-CV-00907<br><br>U.S. District Judge Keith P. Ellison |

## [PROPOSED] ORDER

Plaintiff Matthew Lodowski ("Plaintiff") and Defendant Facebook, Inc. filed an Agreed Motion to Stay Pending A Ruling From The Judicial Panel On Multidistrict Litigation. Having reviewed and considered the motion, and there being no opposition,

IT IS HEREBY ORDERED that the agreed motion is GRANTED. The action is stayed until the Judicial Panel on Multidistrict Litigation rules on the pending Motion to Transfer in MDL No. 2843, at which point Plaintiff and Facebook will meet and confer regarding deadlines for Facebook to answer or otherwise respond to Plaintiff's Complaint.

SIGNED this ____ day of May, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Keith P. Ellison
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge