United States District Court
Southern District of Texas

**ENTERED**

May 23, 2018

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| MATTHEW LODOWSKI, individually and on behalf of all others similarly situated, | |
| Plaintiff, | CIVIL CASE NO. 4:18-CV-00907 |
| v. | |
| FACEBOOK, INC., CAMBRIDGE ANALYTICA LLC, ROBERT LEROY MERCER, and ALEKSANDR KOGAN, | U.S. District Judge Keith P. Ellison |
| Defendants. | |

### ORDER

Plaintiff Matthew Lodowski ("Plaintiff") and Defendant Facebook, Inc. filed an Agreed

Motion to Stay Pending A Ruling From The Judicial Panel On Multidistrict Litigation.  Having

reviewed and considered the motion, and there being no opposition,

IT IS HEREBY ORDERED that the agreed motion is GRANTED.  The action is

stayed until the Judicial Panel on Multidistrict Litigation rules on the pending Motion to

Transfer in MDL No. 2843, at which point Plaintiff and Facebook will meet and confer

regarding deadlines for Facebook to answer or otherwise respond to Plaintiff's Complaint.

SIGNED this 23rd day of May, 2018.

Hon. Keith P. Ellison
U.S. District Judge