# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:18-cv-00907

Lodowski v. Facebook, Inc. et al

Assigned to: Judge Keith P Ellison

Cause: 28:1332 Diversity-Personal Injury

Date Filed: 03/23/2018

Jury Demand: Plaintiff

Nature of Suit: 360 P.I.: Other

Jurisdiction: Diversity

**Plaintiff**

| | | |
|---|---|---|
| **Matthew Lodowski** | represented by | **William Craft Hughes** |
| | | Hughes Ellzey, LLP |
| | | Galleria Tower I |
| | | 2700 Post Oak Blvd |
| | | Ste 1120 |
| | | Houston, TX 77056 |
| | | 888-350-3931 |
| | | Fax: 888-995-3335 |
| | | Email: craft@hughesellzey.com |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Raynelle Jackson** | represented by | **William Craft Hughes** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carlos Gonzales-Rivera** | represented by | **William Craft Hughes** |
| *individually and on behalf of all others similarly situated* | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Facebook, Inc.** | represented by | **Veronica Smith Lewis** |
| | | Gibson Dunn & Crutcher |
| | | 2100 McKinney Avenue |
| | | Suite 1100 |
| | | Dallas, TX 75201-6912 |
| | | 214-698-3320 |
| | | Email: VLewis@gibsondunn.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Brian Lutz** |
| | | Gibson Dunn Crutcher LLP |
| | | 555 Mission St |
| | | Suite 3000 |
| | | San Francisco, CA 94105 |

415−393−8395
Email: blutz@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Joshua Lipshutz**
Gibson Dunn Crutcher LLP
1050 Connecticut Ave NW
Washington, DC 20036
202−955−8500
Email: jlipshutz@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Kristin Linsley**
GIbson Dunn Crutcher LLP
555 Mission St
Suite 3000
San Francisco, CA 94105
415−393−8395
Email: klinsley@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Orin Snyder**
Gibson Dunn Crutcher LLP
200 Park Avenue
New York, NY 10166
212−351−2400
Email: osnyder@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cambridge Analytica LLC**                    represented by   **Cambridge Analytica LLC**
PRO SE

**Mark C. Scarsi**
Milbank, Tweed, Hadley & McCloy LLP
2029 Century Park East
Los Angeles, CA 90067
424−386−4580
Email: mscarsi@milbank.com
*TERMINATED: 05/21/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Leroy Mercer**

**Defendant**

**Aleksandr Kogan**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2018 | Ï 1 | |

| | | COMPLAINT against All Defendants (Filing fee $ 400 receipt number 0541–19788235) filed by Matthew Lodowski. (Attachments: # 1 Civil Cover Sheet)(Hughes, William) (Entered: 03/23/2018) |
|---|---|---|
| 03/23/2018 | Ï 2 | Request for Issuance of Summons as to Cambridge Analytica LLC, filed.(Hughes, William) (Entered: 03/23/2018) |
| 03/23/2018 | Ï 3 | Request for Issuance of Summons as to Facebook, Inc., filed.(Hughes, William) (Entered: 03/23/2018) |
| 03/23/2018 | Ï 4 | Request for Issuance of Summons as to Robert Leroy Mercer, filed.(Hughes, William) (Entered: 03/23/2018) |
| 03/26/2018 | Ï 5 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 7/13/2018 at 09:45 AM in Courtroom 3A Houston before Judge Keith P Ellison(Signed by Judge Keith P Ellison) Parties notified.(ckrus, 4) (Entered: 03/26/2018) |
| 03/26/2018 | Ï | Summons Issued as to Cambridge Analytica LLC, Facebook, Inc., Robert Leroy Mercer. Issued summons delivered to plaintiff by First–class mail, filed.(jdav, 4) (Entered: 03/26/2018) |
| 04/05/2018 | Ï 6 | CERTIFICATE OF INTERESTED PARTIES by Matthew Lodowski, filed.(Hughes, William) (Entered: 04/05/2018) |
| 04/06/2018 | Ï 7 | RETURN of Service of SUMMONS Executed as to Facebook, Inc. served on 4/5/2018, answer due 4/26/2018, filed.(Hughes, William) (Entered: 04/06/2018) |
| 04/06/2018 | Ï 8 | RETURN of Service of SUMMONS Executed as to Cambridge Analytica LLC served on 4/5/2018, answer due 4/26/2018, filed.(Hughes, William) (Entered: 04/06/2018) |
| 04/10/2018 | Ï 9 | MOTION for Brian Lutz to Appear Pro Hac Vice by Facebook, Inc., filed. Motion Docket Date 5/1/2018. (mmapps, 4) (Entered: 04/10/2018) |
| 04/10/2018 | Ï 10 | MOTION for Kristin Linsley to Appear Pro Hac Vice by Facebook, Inc., filed. Motion Docket Date 5/1/2018. (mmapps, 4) (Entered: 04/10/2018) |
| 04/10/2018 | Ï 11 | NOTICE of Appearance by Veronica S. Lewis on behalf of Facebook, Inc., filed. (Lewis, Veronica) (Entered: 04/10/2018) |
| 04/10/2018 | Ï 12 | MOTION for Orin Snyder to Appear Pro Hac Vice by Facebook, Inc., filed. Motion Docket Date 5/1/2018. (mmapps, 4) (Entered: 04/10/2018) |
| 04/10/2018 | Ï 13 | MOTION for Joshua Lipshutz to Appear Pro Hac Vice by Facebook, Inc., filed. Motion Docket Date 5/1/2018. (mperez, 1) (Entered: 04/11/2018) |
| 04/10/2018 | Ï 14 | Document filed in the MDL case, filed.(mperez, 1) (Entered: 04/11/2018) |
| 04/11/2018 | Ï 15 | ORDER granting 9 Motion for Brian Lutz to Appear Pro Hac Vice MOTION for Facebook, Inc.,. (Signed by Judge Keith P Ellison) Parties notified.(sanderson, 4) (Entered: 04/11/2018) |
| 04/11/2018 | Ï 16 | ORDER granting 10 Motion for Kristin Linsley to Appear Pro Hac Vice for Facebook, Inc.,. (Signed by Judge Keith P Ellison) Parties notified.(sanderson, 4) (Entered: 04/11/2018) |
| 04/11/2018 | Ï 17 | ORDER granting 12 Motion for Orin Snyder to Appear Pro Hac Vice for Facebook, Inc.,. (Signed by Judge Keith P Ellison) Parties notified.(sanderson, 4) (Entered: 04/11/2018) |
| 04/12/2018 | Ï 18 | ORDER granting 13 Motion for Joshua Lipshutz to Appear Pro Hac Vice for Facebook, Inc.. (Signed by Judge Keith P Ellison) Parties notified.(sanderson, 4) (Entered: 04/12/2018) |
| 04/13/2018 | Ï 19 | Agreed MOTION for Extension of Time for Facebook to Respond to Plaintiff's Complaint by Facebook, Inc., filed. Motion Docket Date 5/4/2018. (Attachments: # 1 Proposed Order)(Snyder, |

| | | | Orin) (Entered: 04/13/2018) |
|---|---|---|---|
| 04/13/2018 | Ï | 20 | ORDER granting 19 Motion for Extension of Time; Answer extended 60 days for Facebook, Inc..(Signed by Judge Keith P Ellison) Parties notified.(arrivera, 4) (Entered: 04/13/2018) |
| 04/26/2018 | Ï | 21 | Agreed MOTION for Extension of Time File Answer by Cambridge Analytica by Matthew Lodowski, filed. Motion Docket Date 5/17/2018. (Attachments: # 1 Proposed Order Proposed Order)(Hughes, William) (Entered: 04/26/2018) |
| 04/30/2018 | Ï | 22 | ORDER granting 21 Agreed MOTION for Extension of Time File Answer by Cambridge Analytica ( Answer due by 6/25/2018 )(Signed by Judge Keith P Ellison) Parties notified.(olindor, 4) (Entered: 04/30/2018) |
| 05/03/2018 | Ï | 23 | MOTION for Mark C. Scarsi to Appear Pro Hac Vice by Cambridge Analytica LLC, filed. Motion Docket Date 5/24/2018. (LaurenWebster, 4) (Entered: 05/03/2018) |
| 05/04/2018 | Ï | 24 | ORDER granting 23 Motion for Mark C. Scarsi to Appear Pro Hac Vice for Cambridge Analytica LLC. (Signed by Judge Keith P Ellison) Parties notified.(sanderson, 4) (Entered: 05/04/2018) |
| 05/04/2018 | Ï | 25 | Copy of Document filed in the MDL Case (Notice of Withdrawal of Appearance as Attorney of Record), filed.(dnoriega, 1) (Entered: 05/07/2018) |
| 05/08/2018 | Ï | 26 | Unopposed MOTION for Mark C. Scarsi to Withdraw as Attorney by Cambridge Analytica LLC, filed. Motion Docket Date 5/29/2018. (Scarsi, Mark) (Entered: 05/08/2018) |
| 05/18/2018 | Ï | 27 | *Suggestion of Bankruptcy as to Defendant Cambridge Analytica LLC* by Facebook, Inc., filed.(Snyder, Orin) (Entered: 05/18/2018) |
| 05/21/2018 | Ï | 28 | ORDER granting 26 Unopposed MOTION for Mark C. Scarsi to Withdraw as Attorney for Cambridge Analytica LLC....*** Attorney Mark C. Scarsi terminated. (Signed by Judge Keith P Ellison) Parties notified.(sanderson, 4) (Entered: 05/22/2018) |
| 05/22/2018 | Ï | 29 | Agreed MOTION to Stay *Pending a Ruling From the Judicial Panel on Multidistrict Litigation* by Facebook, Inc., filed. Motion Docket Date 6/12/2018. (Attachments: # 1 Proposed Order)(Snyder, Orin) (Entered: 05/22/2018) |
| 05/23/2018 | Ï | 30 | ORDER STAYING CASE – Granting 29 Agreed MOTION to Stay *Pending a Ruling From the Judicial Panel on Multidistrict Litigation*, at which point Plaintiff and Facebook will meet and confer regarding deadlines for Facebook to answer or otherwise respond to Plaintiffs Complaint....***STAYED flag set. (Signed by Judge Keith P Ellison) Parties notified.(sanderson, 4) (Entered: 05/23/2018) |
| 05/29/2018 | Ï | 31 | First AMENDED COMPLAINT with Jury Demand against All Defendants filed by Matthew Lodowski, Carlos Gonzalez–Rivera, Raynelle Jackson.(Hughes, William) (Entered: 05/29/2018) |
| 06/06/2018 | Ï | 32 | JPML TRANSFER ORDER transferring case to Northern District of California to be included in MDL Docket No. 2843. (lgouadi, 4) (Entered: 06/11/2018) |
| 06/11/2018 | Ï | | Interdistrict transfer to Northern District of California. Case transferred electronically. (lgouadi, 4) (Entered: 06/11/2018) |